UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSLIM ADVOCATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CUSTOMS AND BORDER )<br>PROTECTION, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:19-cv-2396 |

**MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO USE P.O. BOX IN COMPLAINT CAPTION**

Pursuant to Local Civil Rule 5.1(c), Plaintiff Muslim Advocates respectfully moves for an order permitting it to list its Post Office Box address in lieu of its "full residence address" in the caption of its Complaint.[1]

This Court permits departure from Local Civil Rule 5.1(c)(1)'s "full residence address" requirement when presented with a "plausible, particularized risk of harm" that would flow from disclosure of the address. *Betz v. First Credit Servs., Inc.*, 139 F. Supp. 3d 451, 454 (D.D.C. 2015). Publicly disclosing its full residence address would pose such a risk to Muslim Advocates. Specifically, shielding the address of Plaintiff's physical offices from public disclosure is necessary to protect the safety and security of the organization's staff in light of significant and ongoing anti-Muslim hate crimes and threats.

In recent years, there has been an uptick in reported anti-Muslim hate crimes across the

---

[1] Pursuant to Local Civil Rule 7(m), counsel for Plaintiff will confer with opposing counsel regarding the relief sought in this motion once Defendant's attorney of record enters an appearance.

United States.  The FBI has reported that in 2015 there were 257 incidents of anti-Muslim hate crimes, a 67 percent increase from the previous year.[2]  In 2017, the most recent year for which data is available, there were 273 such incidents reported, "well above historical averages."[3]

Additionally, a number of civil rights and religious organizations that share similarities with Muslim Advocates have received bomb threats in recent years.  For example, in May 2019, a mosque in Petersburg, Virginia received a phone call threatening to bomb the house of worship.[4]  In May 2018, a mosque in Florida likewise received a bomb threat call.[5]  In March 2017, a mosque in Kentucky received a threatening letter in the mail.[6]  And in February 2017, mosques located in Alabama also received threatening communications.[7]

These crimes against those in the Muslim community and threats against civil rights and religious organizations more broadly generally suffice to establish a "plausible, particularized risk of harm" from public disclosure of a plaintiff's office address.  *See Betz*, 139 F. Supp. 3d at 454.  For these reasons, the Court previously permitted Muslim Advocates to use its P.O. Box in

---

[2] Katayoun Kishi, *Anti-Muslim Assaults Reach 9/11-era Levels, FBI Data Show*, Pew Research Ctr. (Nov. 21, 2016), https://www.pewresearch.org/fact-tank/2016/11/21/anti-muslim-assaults-reach-911-era-levels-fbi-data-show/.

[3] Fed. Bureau of Investigation, 2017 Hate Crime Statistics, Table 1, https://ucr.fbi.gov/hate-crime/2017/topic-pages/tables/table-1.xls; *see also* Arab Am. Inst., *Press Release: Hate Crimes Continue to Surge In America* (Nov. 13, 2018), https://www.aaiusa.org/hate_crimes_continue_to_surge_in_america.

[4] Bill Atkinson, *Petersburg Muslim Center Lauds Local Law Enforcement, Asks for Stop to Threats Against 'Peaceful Communities,'* Progress-Index (May 22, 2019), https://www.progress-index.com/news/20190522/mosque-thankful-for-quick-action.

[5] David J. Neal, *He Got Busted for Phoning Bomb Threats to a Mosque. He Seemed to Forget About Caller ID*, Miami Herald (May 16, 2018), https://www.miamiherald.com/news/local/crime/article211272884.html.

[6] *CAIR-Kentucky Calls For Hate Crime Probe of Bomb Threat to Mosque*, CAIR-Ky. (Mar. 7, 2017), https://www.cair.com/cair_kentucky_calls_for_hate_crime_probe_of_bomb_threat_to_mosque

[7] 5 Greg Garrison, *In Face Of Threats, Alabama Muslims Receive Support, Welcome Visitors*, Al.com (Feb. 20, 2017), http://www.al.com/living/index.ssf/2017/02/in_face_of_threats_alabama_mus.html.

the caption of a recent Complaint, Minute Order, *Muslim Advocates v. Dep't of Homeland Security*, No. 1:17-cv-00820 (D.D.C. July 10, 2017)—and Muslim Advocates respectfully requests that the Court enter an order permitting it to do so here.

Dated: August 8, 2019

| | |
|---|---|
| /s/ Sara S. Zdeb<br>Sara S. Zdeb (D.C. Bar No. 991065)<br>David J. Leviss (D.C. Bar No. 1003724)<br>O'MELVENY & MYERS LLP<br>1625 Eye Street NW<br>Washington, D.C. 20006<br>202-383-5300<br>szdeb@omm.com<br>dleviss@omm.com<br><br>Redwan Saleh (*pro hac vice* forthcoming)<br>O'MELVENY & MYERS LLP<br>7 Times Square Tower<br>New York, NY 10036<br>212-728-5897<br>rsaleh@omm.com | Hannah Dunham (D.C. Bar No. 1602404)<br>(application for admission pending)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>213-430-6000<br>hdunham@omm.com<br><br>Matthew Callahan (D.C. Bar No. 888324879)<br>MUSLIM ADVOCATES<br>P.O. Box 34440<br>Washington, D.C. 20043<br>202-897-2622<br>sirine@muslimadvocates.org<br>matthew@muslimadvocates.org |

*Counsel for Plaintiff Muslim Advocates*